

**ORDERED in the Southern District of Florida on January 29, 2021.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

# THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: | CASE NO.  19-18079 LMI |
| CURT FRANCIS, | |
| | CHAPTER    7 |
| Debtor. | |
| _____/ | |
| STUART R. KALB, TRUSTEE, | ADV. CASE No. 20-01218 |
| Plaintiff, | |
| vs. | |
| CURT FRANCIS, | |
| Defendant. | |
| _____/ | |

### ORDER DENYING PLAINTIFF'S, STUART R. KALB, MOTION FOR SUMMARY JUDGMENT

This matter came on for hearing before me on January 27, 2021, upon the Motion for Summary Judgment [D.E. 28], filed by the Plaintiff, Stuart R. Kalb.  I have considered

1

the Motion for Summary Judgment and after having heard the argument of counsel and that of the Defendant, Curt Francis,

It is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion for Summary Judgment is hereby *DENIED* for the reasons stated on the record.

###

Submitted by:
Roniel Rodriguez IV, Esq.
Roniel Rodriguez IV PA
Museum Tower 1675
150 West Flagler Street
Miami, Florida 33130
Ph: (305) 773-4875
Ron@RJRfirm.com

The party submitting the order shall serve a copy of the signed order on all required parties and file with the Court a certificate of service with Local Rule 2002-1(F)